# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BOAZ RAMON and TALI RAMON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 3:23-cv-00316 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| LIBERTY MUTUAL PERSONAL ) | MAGISTRATE JUDGE HOLMES |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is an Agreed Order of Dismissal With Prejudice (Doc No. 55), seeking dismissal with prejudice of Plaintiffs' claims against Defendant. Accordingly, pursuant to the stipulation of the parties, this action is hereby **DISMISSED** with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE